IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSIO GARCIA,

    Plaintiff,

v.                                          CASE NO.: 4:08cv529-SPM/WCS

CITY OF QUINCY, FLORIDA,

    Defendant.

_____/

**ORDER ACCEPTING RESPONSE AND GRANTING LEAVE TO FILE REPLY**

This cause comes before the Court on Plaintiff's motion to file response out of time (doc. 12) and Defendant's motion for leave to file a reply (doc. 14). Upon consideration, it is

ORDERED AND ADJUDGED:

1.     Plaintiff's motion (doc. 12) is granted.  The response (doc. 13) is accepted as timely filed.

2.     Defendant's motion (doc. 14) is granted.  Defendant shall have up to and including February 13, 2009, to file and serve a reply.

DONE AND ORDERED this 6th day of February, 2009.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge